

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

EDWARD KOROLIK,
    Plaintiff,

VS                      CV-05-2000(FB)(JO)

UNITED STATES OF AMERICA,
    Defendant.

         Decision by the Court. This action came to trial before the Court on April 18, 2007. The issues have been tried and for the reasons stated on the record, it is hereby

        ORDERED AND ADJUDGED THAT PLAINTIFF SHALL RECOVER NOTHING FROM THE DEFENDANT AND THE COMPLAINT IS DISMISSED IN IT'S ENTIRETY.

| 4/18/07 | ROBERT C. HEINEMANN |
|---|---|
| DATE | CLERK OF THE COURT |

(By) DEPUTY CLERK